IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

EDAN GARCIA,

      Appellant,

v.

      Case No. 5D21-2551
      LT Case No. 2019-CF-016179

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed June 14, 2022

Appeal from the Circuit Court
for Orange County,
Leticia Marques, Judge.

Matthew J. Metz, Public Defender, and
Nancy Ryan, Assistant Public Defender,
Daytona Beach, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Roberts J. Bradford, Jr.,
Assistant Public Defender, Daytona Beach,
for Appellee.

PER CURIAM.

      AFFIRMED.

LAMBERT, C.J., EISNAUGLE and NARDELLA, JJ., concur.